**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6793**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

RASHFORD EMANUEL GALLOWAY,

        Defendant – Appellant.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge.  (3:02-cr-00150-FDW-1)

Submitted:  September 29, 2009     Decided:  October 7, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rashford Emanuel Galloway, Appellant Pro Se.  Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rashford Emanuel Galloway appeals from the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Galloway, No. 3:02-cr-00150-FDW-1 (W.D.N.C. Apr. 16, 2009). We deny Galloway's motions for a certificate of appealability and for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED